No. 96–5065. KING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5066. LEONARD v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–5067. MATTHEWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5068. ADAMS v. BROWN & WILLIAMSON TOBACCO CORP. C. A. 11th Cir. Certiorari denied.

No. 96–5069. BOCCELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5070. WILLIAMS v. NETHERLAND, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 96–5071. WOODARD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–5072. TLAGA v. RENO, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 96–5073. CLAYWELL v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 96–5074. CLAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5075. BASEY v. HERKLOTZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5076. THOMAS v. EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5077. WHITEHEAD v. WASHINGTON POST ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–5078. PEAGLER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–5079. RAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.